DONOHUE v. ESSEX COUNTY et al. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Edward Donohue against the County of Essex and others, impleaded with John Anderson and others, doing business, etc. E. J. Walsh, of New York City, for appellants. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 N. Y. Supp. 1107.

DONOHUE v. ESSEX COUNTY. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Mary Donohue against the County of Essex. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DOPPSTADT, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1915.) Action by Bertha Doppstadt, as administratrix, etc., against the New York Central & Hudson River Railroad Company. R. A. Kutschback, of New York City, for appellant. D. R. Almy, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

CLARKE, J., dissents.

In re DOUGHERTY. (Supreme Court, Appellate Division, Second Department. March 9, 1915.) In the matter of the application of William J. Dougherty, for admission to the bar. No opinion. Application granted.

In re DOWNS. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) In the matter of the application of B. Irving Downs to lay out a highway in the Town of Southampton. No opinion. Motion granted, with $10 costs, and order signed.

DUFFEY, Appellant, v. CHARLES T. WILLS, Inc., Respondent, et al. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by Edward Duffey against Charles T. Wills, Incorporated, impleaded with others. H. C. Smyth, of New York City, for appellant. F. V. Johnson, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and LAUGHLIN, J., dissent.

In re DUFFY. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) In the matter of the application of John T. Duffy for admission to the bar. No opinion. Application granted.

DUFFY, Appellant, v. PLACE, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Owen Duffy against James E. Place. N. Blank, of

New York City, for appellant. H. C. Allen, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed. See, also, 163 App. Div. 887, 147 N. Y. Supp. 1108.

McLAUGHLIN and SCOTT, JJ., dissent.

DUNN, Respondent, v. EPPINGER & RUSSELL CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Ann Dunn, as administratrix, etc., against the Eppinger & Russell Company. No opinion. Motion for reargument (151 N. Y. Supp. 1113) denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied, without costs.

DUPAY, Respondent, v. GALBINA, Appellant. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Andrew M. Dupay against Frank J. Galbina. W. D. Sporborg, of New York City, for appellant. R. H. McIntyre, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DWYER, Appellant, v. GREENBLATT, Respondent. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by Elizabeth Dwyer against Louis Greenblatt. F. J. Sullivan, of New York City, for appellant. W. A. Jones, Jr., of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 163 App. Div. 888, 147 N. Y. Supp. 1108.

DYE, Appellant, v. TOWN OF CHERRY CREEK, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by George C. Dye against the Town of Cherry Creek.

PER CURIAM. Interlocutory judgment (in 87 Misc. Rep. 207, 149 N. Y. Supp. 497) affirmed, with $10 costs and disbursements.

LAMBERT, J., not sitting.

EASTMAN et al., Appellants, v. BUDGE et al., Respondents. (Supreme Court, Appellate Division, First Department. May 7, 1915.) Action by Thomas C. Eastman and others against Henry Budge and others. S. McLeod, of New York City, for appellants. L. H. Freedman, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

E. B. LATHAM & CO., Respondent, v. H. FREYKNECHT ELECTRICAL ENGINEERING & CONST. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) In the matter of supplementary proceedings in an action by E. B. Latham & Co. against the H. Freyknecht Electrical Engineering & Construction Company and another. No opinion. Order affirmed by default, with $10 costs and disbursements. See, also, 159 App. Div. 916, 144 N. Y. Supp. 1113.